UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE: ZANTAC (RANITIDINE)            MDL NO. 2924
PRODUCTS LIABILITY                 20-MD-2924
LITIGATION

                                               JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

**THIS DOCUMENT RELATES TO:**

    22-cv-21125-RLR
    22-cv-80467-RLR
    22-cv-80470-RLR
    22-cv-80474-RLR
    22-cv-80479-RLR
    22-cv-80481-RLR
    22-cv-80482-RLR
    22-cv-80488-RLR
    22-cv-80503-RLR
    22-cv-80505-RLR
    22-cv-80508-RLR
    22-cv-80510-RLR
    22-cv-80513-RLR
    22-cv-80514-RLR
    22-cv-80516-RLR
    22-cv-80519-RLR
    22-cv-80520-RLR
    22-cv-80521-RLR
    22-cv-80529-RLR
    22-cv-80538-RLR
    22-cv-80539-RLR
    22-cv-80540-RLR
    22-cv-80561-RLR
    22-cv-80568-RLR
    22-cv-80578-RLR
    22-cv-80581-RLR
    22-cv-80582-RLR
    22-cv-80583-RLR
    22-cv-80584-RLR
    22-cv-80599-RLR

## **ORDER OF CONSOLIDATION AND ADMINISTRATIVE CLOSE-OUT**

      **THIS CAUSE** is before the Court *sua sponte*. The above-styled cases are consolidated in MDL proceeding 20-MD-2924 for all pretrial purposes, and the parties are directed to submit all filings in the MDL action. It light of the consolidation of all cases in the MDL action, it is **ORDERED AND ADJUDGED** that the Clerk of the Court shall mark the following cases as **CLOSED** for administrative

purposes only:

```
22-cv-21125-RLR
22-cv-80467-RLR
22-cv-80470-RLR
22-cv-80474-RLR
22-cv-80479-RLR
22-cv-80481-RLR
22-cv-80482-RLR
22-cv-80488-RLR
22-cv-80503-RLR
22-cv-80505-RLR
22-cv-80508-RLR
22-cv-80510-RLR
22-cv-80513-RLR
22-cv-80514-RLR
22-cv-80516-RLR
22-cv-80519-RLR
22-cv-80520-RLR
22-cv-80521-RLR
22-cv-80529-RLR
22-cv-80538-RLR
22-cv-80539-RLR
22-cv-80540-RLR
22-cv-80561-RLR
22-cv-80568-RLR
22-cv-80578-RLR
22-cv-80581-RLR
22-cv-80582-RLR
22-cv-80583-RLR
22-cv-80584-RLR
22-cv-80599-RLR
```

All pending motions are the above-listed cases are hereby **DENIED WITHOUT PREJUDICE**[1] for the movant to comply with the procedures outlined in Pretrial Order # 24, paragraph 10.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 20th day of April, 2022.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record

---

[1] In the event the date of filing of any motion denied without prejudice is material, the Court will deem the date of filing for any renewed motion to be the date of filing for the original motion.

2